UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD TOOLEY,<br>　　　Plaintiff,<br>v.<br>VICTOR DICKERSON, *et al*.,<br>　　　Defendants. | Case No. 2:25-cv-00855-GMN-NJK<br>**Order**<br>[Docket No. 9] |

Pending before the Court is the parties' proposed joint discovery plan. Docket No. 9.

The discovery plan seeks special scheduling without sufficient explanation.[1] Local Rule 26-1(b)(1). The discovery plan seeks a longer discovery period than the presumptively reasonable period because of the "complicated facts of the [c]omplaint, which involves claims related to significant injuries to the Plaintiff including spinal surgery and damages related to the accident [and] [d]iscovery will likely involve a number of medical experts." Docket No. 9 at 1. The parties fail to demonstrate how these facts cause this case to be different than many others that come before this Court and, therefore, require more time than the default discovery period.

Therefore, the Court **DENIES** the parties' joint proposed discovery plan, Docket No. 9, and enters the following scheduling order:[2]

- Amend pleadings/add parties: September 2, 2025
- Initial experts: October 2, 2025
- Rebuttal experts: November 3, 2025
- Discovery cutoff: December 1, 2025

---

[1] Despite seeking special scheduling in the discovery plan, the parties fail to comply with the Local Rules' requirements regarding special scheduling. *See, e.g.,* Docket No. 9 at 1 (caption).

[2] Defendants filed their answer on June 2, 2025. Docket No. 6. Case management deadlines are calculated from that date.

- Dispositive motions: December 31, 2025
- Joint proposed pretrial order: January 30, 2026, 30 days after resolution of dispositive motions, or by further Court order

IT IS SO ORDERED.

Dated: July 7, 2025

                                        Nancy J. Koppe
                                        United States Magistrate Judge